UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| CAMEO GONZALEZ,<br><br>     Plaintiff,<br><br>  v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of the Social Security Administration,<br><br>     Defendant. | CASE NO. 13-cv-05416 RBL<br><br>REPORT AND RECOMMENDATION ON STIPULATED MOTION FOR REMAND |

  This matter has been referred to Magistrate Judge J. Richard Creatura pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Magistrates Rule MJR 4(a)(4), and as authorized by *Mathews, Secretary of H.E.W. v. Weber*, 423 U.S. 261 (1976). This matter is before the Court on defendant's stipulated motion to remand the matter to the administration for further consideration. (ECF No. 19.)

  After reviewing defendant's stipulated motion and the relevant record, the undersigned recommends that the Court grant defendant's motion, and reverse and remand this matter to the

REPORT AND RECOMMENDATION ON
STIPULATED MOTION FOR REMAND - 1

1 | Acting Commissioner for further administrative proceedings pursuant to sentence four of 42
2 | U.S.C. § 405(g).
3 |     On remand, the Appeals Council shall instruct the Administrative Law Judge to assess
4 | the November 2005 physical capacities evaluation from Brian Gehley, P.T.; reassess the medical
5 | source opinion evidence, including opinions from Albert Bernstein, Ph.D., and Donna J. Johns,
6 | Psy.D.; and complete the rest of the sequential evaluation process in light of the above findings,
7 | as necessary.  Also, following proper application to the Court, that parties agree that reasonable
8 | attorney'' fees will be awarded pursuant to the Equal Access to Justice Act, 24 U.S.C. § 2412, *et*
9 | *seq*.
10 |     Given the facts, and the parties' stipulation, the Court recommends that United States
11 | District Judge Robert B. Leighton immediately approve this Report and Recommendation and
12 | order that the case be REVERSED and REMANDED for further administrative proceedings
13 | pursuant to sentence four of 42 U.S.C. § 405(g).
14 |
15 |     Dated this 29th day of January, 2014.
16 |
17 |                                  J. Richard Creatura
18 |                                  United States Magistrate Judge

REPORT AND RECOMMENDATION ON
STIPULATED MOTION FOR REMAND - 2